1 DAVID R. SCHWARCZ, ESQ. (SBN 152896)
KATHRYN LEE BOYD, ESQ. (SBN 189496)
2 RAJIKA L. SHAH, ESQ. (SBN 232994)
**SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
3 6310 San Vicente Boulevard, Suite 360
Los Angeles, California 90048
4 Phone: (323) 302-9488
Fax: (323) 931-4990
5

6 Former Attorneys for Plaintiff,
Grail Semiconductor

7

8

9

10 **UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

11

12 GRAIL SEMICONDUCTOR,

13              Plaintiff,

14      vs.

15 RENESAS ELECTRONICS AMERICA,
16 INC.

17              Defendant.

18

19

Case No. 3:11-cv-03847-JCS

Assigned to Magistrate Judge Joseph C. Spero

**NOTICE OF ATTORNEY'S LIEN**

Action filed: August 4, 2011

20

21      **TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF

22 RECORD HEREIN, AND TO ALL OTHER PERSONS OR ENTITIES

23 INTERESTED IN THIS ACTION:**

24      **PLEASE TAKE NOTICE THAT** the law firm of Schwarcz, Rimberg, Boyd &

25 Rader, LLP ("Schwarcz, Rimberg"), as the successor firm to Todd, Ferentz, Schwarcz &

26 Rimberg, LLP ("Todd, Ferentz"), was formerly the attorney of record for Plaintiff Grail

27 Semiconductor ("Grail") in *Grail Semiconductor, Inc. v. Mitsubishi Electric Corp*., Case

28 No. 1-07-CV-098590, in the Superior Court of the State of California for the County of

SCHWARCZ, RIMBERG,
BOYD & RADER, LLP
6310 San Vicente Blvd
Los Angeles, CA 90048

1  Santa Clara ("State Action"). A notice of substitution of counsel was filed by Todd,

2  Ferentz in the State Action on September 28, 2010.

3  **PLEASE TAKE FURTHER NOTICE THAT** by virtue of a written fee

4  agreement between Todd, Ferentz and Grail dated February 25, 2009 ("Fee Agreement"),

5  Schwarcz, Rimberg as the successor firm to Todd, Ferentz has and claims a lien ahead of

6  all others on Grail's claim and causes of action asserted herein, and on any judgment

7  rendered in favor of Grail, to secure payment for legal services and costs and expenses

8  advanced on behalf of Grail in the State Action, all in accordance with the terms of the Fee

9  Agreement.

10

11  DATED: August 17, 2011          Respectfully submitted,

12                                                   SCHWARCZ, RIMBERG, BOYD &
13                                                   RADER, LLP

14

15                                                   By:_____/s/ K. Lee Boyd_____
                                                         K. Lee Boyd, Esq.
16                                                       Former Attorneys for Plaintiff

17

18

19

20

21

22

23

24

25

26

27

28

SCHWARCZ, RIMBERG,
BOYD & RADER, LLP
6310 San Vicente Blvd
Los Angeles, CA 90048

NOTICE OF ATTORNEY'S LIEN
Case No. 3:11-cv-03847-JCS