G. Ross Allen (State Bar No. 262968)
Kilpatrick Townsend & Stockton LLP
1080 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
Email: grallen@kilpatricktownsend.com

Michael D. Switzer (*pro hac vice* application forthcoming)
Brian C. Bianco (*pro hac vice* application forthcoming)
Ulmer & Berne LLP
500 West Madison Street
Suite 3600
Chicago, IL 60661-4587
Telephone: (312) 658-6500
Facsimile: (312) 658-6501
Email: mswitzer@ulmer.com
Email: bbianco@ulmer.com

Attorneys for Defendant
Renesas Electronics America Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| GRAIL SEMICONDUCTOR, | ) | Case No. CV 11-3847 JCS |
|---|---|---|
| Plaintiff, | ) | **[PROPOSED] ORDER] GRANTING STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD** |
| v. | ) | |
| RENESAS ELECTRONICS AMERICA INC., | ) | |
| Defendant. | ) | |

The Stipulation to Extend Time to Answer or Otherwise Plead is GRANTED. Defendant Renesas Electronics America Inc. has until September 30, 2011 to answer or otherwise plead.

Dated: Sept. 1, 2011

_____
Honorable Joseph C. Spero
United States Magistrate Judge

Case No. CV 11-3847 JCS   1   [PROPOSED] ORDER GRANTING
STIPULATION TO EXTEND TIME TO
ANSWER OR OTHERWISE PLEAD