United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GRAIL SEMICONDUCTOR,                          Case No.  11-03847 JCS

        Plaintiff(s),

            v.                                           **SCHEDULING ORDER**

RENESAS ELECTRONICS AMERICA INC,

        Defendant(s).
_____/

    IT IS HEREBY ORDERED THAT:

    1.  Discovery is open on issues related to standing.  All other proceedings are stayed pending decision on the Motion to Dismiss

    2.  An amended opposition to the Motion to Dismiss shall be filed by **February 10, 2012.**

    3.  Reply brief to the amended opposition shall be due by **February 17, 2012.**

    4.  The Court will then decide whether to hold a hearing on the Motion to Dismiss.

    IT IS SO ORDERED.

Dated:  December 21, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge