James Isbester (State Bar No. 129820)
G. Ross Allen (State Bar No. 262968)
KILPATRICK TOWNSEND & STOCKTON LLP
1080 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
Email: grallen@kilpatricktownsend.com

Michael D. Switzer (*Pro Hac Vice*)
Brian C. Bianco (*Pro Hac Vice*)
Alissa R. Misun (*Pro Hac Vice*)
Peter G. Hawkins (*Pro Hac Vice*)
ULMER & BERNE LLP
500 West Madison Street
Suite 3600
Chicago, IL 60661-4587
Telephone: (312) 658-6500
Facsimile: (312) 658-6501
Email: mswitzer@ulmer.com
Email: bbianco@ulmer.com
Email: amisun@ulmer.com
Email: phawkins@ulmer.com

*Attorneys for Defendant*
*Renesas Electronics America Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GRAIL SEMICONDUCTOR,<br><br>Plaintiff,<br><br>v.<br><br>RENESAS ELECTRONICS AMERICA INC.,<br><br>Defendant. | Case No. 3:11-CV-03847-JCS<br><br>Magistrate Judge Joseph C. Spero<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR ENLARGEMENT OF TIME PURSUANT TO LOCAL RULES 6-1 AND 6-2 |

[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR ENLARGEMENT OF TIME PURSUANT TO LOCAL RULES 6-1 AND 6-2, CASE NO. 3:11-CV-03847-JCS

-1-

1 **ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED that the following deadlines shall

3 apply in this case:

4 Deadline for Grail to file an amended opposition to the Motion to Dismiss: March 9, 2012 ~~April 10, 2012~~

5 Deadline for REA to file a reply brief to the amended opposition: March 16, 2012 ~~April 17, 2012~~

6

7 Dated: February 1, 2012  _____

8 Magistrate Judge Joseph C. Spero
United States [Magistrate Judge]

*IT IS SO ORDERED AS MODIFIED*
*Judge Joseph C. Spero*

12 1829009v1
38231.00000

[PROPOSED] ORDER GRANTING STIPULATION FOR ENLARGEMENT OF TIME PURSUANT TO LOCAL RULES 6-1 AND 6-2, CASE NO. 3:11-CV-03847-JCS          -2-