UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAIL SEMICONDUCTOR, | Case No. C11-03847 JCS |
| Plaintiff, | |
| v. | **DISCOVERY ORDER RE: JOINT LETTER [Docket No. 64]** |
| RENESAS ELECTRONICS AMERICA, INC., | |
| Defendant. | |

On February 29, 2012, the parties filed a Joint Letter concerning several discovery issues in dispute. Dkt. 64. On March 30, 2012, a hearing was held.

For reasons stated on the record, and good cause shown,

IT IS HEREBY ORDERED THAT:

1. Discovery shall be limited to the effect of the Powergate Agreement on the ownership of the Patents-in-Suit.

2. The deposition of Donald Stern shall proceed.

3. Defendant's Interrogatory No. 1 shall be answered. Defendant's Interrogatories Nos. 2 and 3 shall not be answered.

4. Both Plaintiff and Defendant shall produce a privilege log.

5. Defendant's Rule 30(b)(6) topics shall be narrowed to the scope set forth above.

6. The Court will set a hearing date on the pending motion to dismiss.

IT IS SO ORDERED.

Dated: April 4, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge