**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAIL SEMICONDUCTOR, | Case No. 11-03847 JCS |
| Plaintiff(s), | |
| v. | **ORDER GRAIL'S LEAVE TO FILE ITS OWN SUPPLEMENTAL BRIEF OPPOSING THE MOTION TO DISMISS** |
| RENESAS ELECTRONICS AMERICA INC, | **[Docket No. 88]** |
| Defendant(s). | |

On July 17, 2012, Grail Semiconductor filed a Response/Opposition to Renesas Electronic's Administrative Motion to File a Supplemental Reply. In the Response/Opposition Grail seeks leave to file its own supplemental brief opposing the motion to dismiss which was attached as Exhibit B.

IT IS HEREBY ORDERED THAT Grail's leave to file its own supplemental brief is GRANTED.

IT IS SO ORDERED.

Dated: July 18, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge