DAVIS WRIGHT TREMAINE LLP
MARTIN L. FINEMAN, Bar No. 1104413
505 Montgomery Street
Suite 808
San Francisco, CA 94111
Telephone: (415) 276-6575
Facsimile: (415) 276-6599
Email: martinfineman@dwt.com

NIRO, HALLER & NIRO
Raymond P. Niro (Member of the N.D. Cal. Bar)
Christopher J. Lee (*Pro Hac Vice*)
Kara L. Szpondowski (*Pro Hac Vice*)
Gabriel I. Opatken *(Pro Hac Vice)*
181 West Madison, Suite 4600
Chicago, IL 60602-4515
Phone: (312) 236-0733
Fax: (312) 236-3137
E-mail: rniro@nshn.com
E-mail: clee@nshn.com
E-mail: szpondowski@nshn.com
E-mail: gopatken@nshn.com

Attorneys for Plaintiff
Grail Semiconductor, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GRAIL SEMICONDUCTOR, INC.<br><br>Plaintiff,<br><br>v.<br><br>RENESAS ELECTRONICS AMERICA, INC.,<br><br>Defendant. | Case No. C 11-03847<br><br>Magistrate Judge Joseph C. Spero<br><br>**DECLARATION OF KARA L. SZPONDOWSKI IN SUPPORT OF GRAIL SEMICONDUCTOR, INC.'S SUPPLEMENT TO ITS AMENDED OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THIS CASE FOR LACK OF SUBJECT MATTER JURISDICTION)** |

DECLARATION OF KARA L. SZPONDOWSKI IN SUPPORT OF GRAIL SEMICONDUCTOR, INC.'S SUPPLEMENT TO ITS AMENDED OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THIS CASE FOR LACK OF SUBJECT MATTER JURISDICTION– CASE NO. C 11-03847- JCS

- 1 -

I, Kara L. Szpondowski, hereby declare:

1. I am an attorney with the law firm of Niro, Haller & Niro, counsel of record for Plaintiff Grail Semiconductor, Inc. I am licensed to practice law in the state of Illinois, and am admitted *pro hac vice* to practice before this Court. I make this declaration based on my personal knowledge and, if called as a witness, could and would competently testify thereto.

2. Attached as **Exhibit A** to this declaration is a true and correct copy of pages 25, 63, 104-105, 110-114, 116, 118-119, 125-127, 129-130, 134-139, 141-143, and 146- 168, from the Rough transcript of the deposition of Donald Stern, taken in this litigation on July 10, 2012.

3. Attached as **Exhibit B** to this declaration is a true and correct copy of pages 211-212, from the official transcript of the deposition of Robert Stern taken in this litigation on March 1, 2012.

4. Attached as **Exhibit C** to this declaration is a true and correct copy of Exhibit 52, from the Rough transcript of the deposition of Donald Stern, taken in this litigation on July 10, 2012.

5. Attached as **Exhibit D** is a true and correct copy of U.S. Patent No. 5,596,529.

I declare under penalty of perjury that the forgoing is true and correct. Executed on this <u>19th</u> day of <u>July</u>, <u>2012</u>.

*/s/ Kara L. Szpondowski*

DECLARATION OF KARA L. SZPONDOWSKI IN SUPPORT OF GRAIL SEMICONDUCTOR, INC.'S SUPPLEMENT TO ITS AMENDED OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THIS CASE FOR LACK OF SUBJECT MATTER JURISDICTION– CASE NO. C 11-03847- JCS

- 2 -