# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO. C 11-03847 JCS**

**CASE NAME: GRAIL SEMICONDUCTOR v. RENESAS ELECTRONICS AMERICA INC**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: July 20, 2012    **TIME: 30 M** | **COURT REPORTER**: <u>Kathy Sullivan</u> |
| <u>**COUNSEL FOR PLAINTIFF:**</u><br>Gabriel Opatken | <u>**COUNSEL FOR DEFENDANT:**</u><br>Michael Switzer, Ross Allen & Brian Bianco |

**PROCEEDINGS:**                                                       **RULING:**

1. Motion to Dismiss for Lack of Jurisdiction                  Submitted
[docket no. 47]

**ORDERED AFTER HEARING:**

Counsel shall meet and confer within 30 days from today and submit a proposed schedule for the remainder of the case.

**ORDER TO BE PREPARED BY:**        () Plaintiff     () Defendant     (X) Court

**CASE CONTINUED TO:**

**Number of Depos:**          **Number of Experts:**          **Discovery Cutoff:**

**Expert Disclosure:**          **Expert Rebuttal:**          **Expert Discovery Cutoff:**

**Motions Hearing:**        at 9:30 a.m.                **Pretrial Conference:**        at 1:30 p.m.

**Trial Date:**                at 8:30 a.m.  ()Jury    ()Court       Set for      days

**cc:**        **Chambers; Karen**
* (T) = Telephonic Appearance