1  AVIS WRIGHT TREMAINE LLP
   MARTIN L. FINEMAN, Bar No. 104413
2  505 Montgomery Street
   Suite 800
3  San Francisco, CA 94111
   Telephone: (415) 276-6575
4  Facsimile: (415) 276-6599
   Email: martinfineman@dwt.com
5
   NIRO, HALLER & NIRO
6  Raymond P. Niro (Member of the N.D. Cal. Bar)
   Christopher J. Lee (*Pro Hac Vice*)
7  Kara L. Szpondowski (*Pro Hac Vice*)
   Joseph A. Culig *(Pro Hac Vice)*
8  Gabriel I. Opatken (*Pro Hac Vice*)
   181 West Madison, Suite 4600
9  Chicago, IL 60602-4515
   Phone: (312) 236-0733
10 Fax: (312) 236-3137
   E-mail: rniro@nshn.com
11 E-mail: clee@nshn.com
   E-mail: szpondowski@nshn.cm
12 E-mail: jculig@nshn.com
   E-mail: gopatken@nshn.com
13
   Attorneys for Plaintiff
14 Grail Semiconductor, Inc.

15

16          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
17                 SAN FRANCISCO DIVISION

18 GRAIL SEMICONDUCTOR, INC.,
                                        Case No. C 11-03847
19                    Plaintiff,
                                        Magistrate Judge Joseph C. Spero
20      v.
                                        **DECLARATION OF JOSEPH A. CULIG
21 RENESAS ELECTRONICS                  PURSUANT TO LOCAL RULE 79-5(D)**
   AMERICA, INC.,
22
                      Defendant.
23

24

25

26                                                                  - 1 -
   DECLARATION OF JOSEPH A. CULIG PURSUANT TO LOCAL RULE –Case No. C 11-03847

I, Joseph A. Culig, declare and state as follows:

1. I am an associate at the law firm of Niro, Haller & Niro, counsel of record for the plaintiff, Grail Semiconductor, Inc. I have personal knowledge of all the facts contained herein and, if called to testify, could and would competently testify thereto.

2. On July 19, 2012, Defendant Renesas Electronics America, Inc. ("Renesas") filed its Supplemental Reply Brief in Support of Its Motion to Dismiss and supporting exhibits. (Dkt. Nos. 93, 94). In accordance with Local Rule 79-5(d), Renesas filed Exhibits 1, 3, 7, 9, and 10 under seal because they had been designated by Grail as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY pursuant to the protective order in this litigation.

3. This declaration is filed pursuant to Local Rule 79-5(d) to establish that the information contained in these exhibits is sealable and/or to withdraw designations of confidentiality.

4. Exhibit 1 to Renesas' Supplemental Reply Brief contains excerpts from the July 10, 2012 deposition of Mr. Donald Stern. Grail does not believe that the excerpts included in Exhibit 1 contain any CONFIDENTIAL or HIGHLY CONFIDENTIAL information and consents to Exhibit 1 being made part of the public record.

5. Exhibit 3 to Renesas' Supplemental Reply Brief contains excerpts from the July 11, 2012 deposition of Mr. Ronald Hofer. Grail does not believe that the excerpts included in Exhibit 3 contain any CONFIDENTIAL or HIGHLY CONFIDENTIAL information and consents to Exhibit 3 being made part of the public record.

6. Exhibit 7 to Renesas' Supplemental Reply Brief is marked CONFIDENTIAL and is Bates numbered GSC_0000701-0000702. Exhibit 7 is an email from Don Stern to Mosche Cohen with an attached invoice. This email and attachment include confidential and sensitive communications and information regarding Powergate. For these reasons, Grail requests that Exhibit 7 retain its designation and remain under seal.

7. Exhibit 9 to Renesas' Supplemental Reply Brief is a chart put together by Renesas' counsel that includes citations to materials designated by Grail as CONFIDENTIAL or HIGHLY CONFIDENTIAL. Exhibit 9 contains explanations that reveal the content of the documents found in Exhibits 7 and 10. Grail requests that Exhibit 9 remain under seal for the same reasons that Exhibits 7 and 10 should retain their designations and remain under seal.

8. Exhibit 10 to Renesas' Supplemental Reply Brief is marked CONFIDENTIAL and is Bates numbered GSC_0000675. Exhibit 10 is a spreadsheet that contains proprietary and sensitive financial information with relation to Powergate. For these reasons, Grail requests that Exhibit 10 retain its designation and remain under seal.

9. A narrowly tailored proposed sealing order reflecting the above is being served and filed with this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 23, 2012                    /s/ Joseph A. Culig
                                        Joseph A. Culig

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 23, 2012 the foregoing **DECLARATION OF JOSEPH A. CULIG PURSUANT TO LOCAL RULE 79-5(D)** was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.

Michael D. Switzer (mswitzer@ulmer.com)
Brian C. Bianco (bbianco@ulmer.com)
Alissa R. Misun (amisun@ulmer.com)
Peter G. Hawkins (phawkins@ulmer.com)
Ulmer & Berne LLP
500 West Madison Street
Suite 3600
Chicago, IL 60661-4587
Telephone: 312-658-6530
Fax: 312-658-6531

***Attorneys for Defendant***
***Renesas Electronics America Inc.***

G. Ross Allen (State Bar No. 262968)
Kilpatrick Townsend & Stockton LLP
1080 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
Email: grallen@kilpatricktownsend.com

***Attorneys for Defendant***
***Renesas Electronics America Inc.***

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

/s/ Joseph A. Culig
NIRO, HALLER & NIRO
Attorneys for Plaintiff Grail Semiconductor, Inc.