| | |
|---|---|
| MARTIN L. FINEMAN, Bar No. 1104413<br>(martinfineman@dwt.com)<br>**DAVIS WRIGHT TREMAINE LLP**<br>505 Montgomery Street<br>Suite 808<br>San Francisco, CA 94111<br>Telephone: (415) 276-6575<br>Facsimile: (415) 276-6599<br><br>**NIRO, HALLER & NIRO**<br>Raymond P. Niro (Member of the N.D. Cal. Bar) (rniro@nshn.com)<br>Christopher J. Lee (*Pro Hac Vice*)<br>(clee@nshn.com)<br>Kara L. Szpondowski (*Pro Hac Vice*)<br>(szpondowski@nshn.com)<br>181 West Madison, Suite 4600<br>Chicago, IL 60602-4515<br>Phone: (312) 236-0733<br>Fax: (312) 236-3137<br><br>*Attorneys for Plaintiff*<br>*Grail Semiconductor, Inc.* | **Ulmer & Berne LLP**<br>Michael D. Switzer (*Pro Hac Vice*)<br>Brian C. Bianco (*Pro Hac Vice*)<br>Alissa R. Pohlman (*Pro Hac Vice*)<br>Peter G. Hawkins (*Pro Hac Vice*)<br>500 West Madison Street<br>Suite 3600<br>Chicago, IL  60661-4587<br>Telephone:  312-658-6530<br>Fax:  312-658-6531<br>Email:  mswitzer@ulmer.com<br>Email:  bbianco@ulmer.com<br>Email:  apohlman@ulmer.com<br>Email:  phawkins@ulmer.com<br><br>**Kilpatrick Townsend & Stockton LLP**<br>James Isbester (State Bar No. 129820)<br>Byron Robert Chin (State Bar No. 259846)<br><br>1080 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: (650) 326-2400<br>Facsimile: (650) 326-2422<br>Email: jisbester@kilpatricktownsend.com<br>Email: bchin@kilpatricktownsend.com<br><br>*Attorneys for Defendant*<br>*Renesas Electronics America Inc*. |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GRAIL SEMICONDUCTOR, INC.,<br><br>              Plaintiff,<br><br>     v.<br><br>RENESAS ELECTRONICS AMERICA INC.,<br><br>              Defendant. | Case No. 11-cv-03847-JCS<br><br>**PROPOSED SCHEDULE**<br><br>Courtroom: G, 15th Floor, SF<br>Judge: Honorable Joseph C. Spero |

In accordance with the Court's Order of July 20, 2012 (Dkt. No. 95), Plaintiff Grail Semiconductor ("Grail") and Defendant Renesas Electronics America Inc. ("REA") respectfully submit the following Proposed Schedule.

| Deadline | Event | |
|---|---|---|
| 09/14/2012 | Complete Rule 26(a)(1) initial disclosures | |
| 10/26/2012 | Serve "Disclosure of Asserted Claims and Infringement Contentions" (P.L.R. 3-1)<br><br>Produce documents to accompany "Asserted Claims and Infringement Contentions" (P.L.R. 3-2) | |
| 12/10/2012 | Serve "Invalidity Contentions" (P.L.R. 3-3)<br><br>Produce documents to accompany "Invalidity Contentions" (P.L.R. 3-4) | |
| TBD[1] | ADR Process:  ENE | |
| 12/21/2012 | Exchange of proposed terms for construction (P.L.R. 4-1) | |
| 01/25/2013 | Exchange of Preliminary Claim Construction and Extrinsic Evidence (P.L.R. 4-2) | |
| 02/22/2013 | File Joint Claim Construction and Prehearing Statement (P.L.R 4-3) | |
| 03/22/2013 | Complete claim construction discovery ( P.L.R. 4-4) | |
| 03/28/2013 | Deadline to amend pleadings or add parties | For currently expected amendments, REA agrees to March 28, 2013.  In the event information is disclosed after March 28, 2013, REA respectfully requests that Rule 15 of the Federal Rules of Civil Procedure govern potential amendments to the pleadings. |
| 04/05/2013 | Grail to file opening claim construction brief (P.L.R. 4-5(a)) | |

---

[1] Specific time for ADR process to be determined.  Parties contemplate ADR process will occur sometime after the exchange of infringement and invalidity contentions.

PROPOSED SCHEDULE – GRAIL V. RENESAS, CASE NO. 11-cv-03847 JCS          - 2 -

| Deadline | Event |
|---|---|
| 04/19/2013 | REA to file responsive claim construction brief (P.L.R. 4-5(b)) |
| 04/26/2013 | Grail to file reply claim construction brief (P.L.R. 4-5(c)) |
| ~~*Subject to the Court's calendar*~~ | Claim Construction Hearing (P.L.R. 4-6) - May 9, 2012 at 1:30 PM<br>Tutorial for Claim Construction - May 6, 2013 at 1:30 PM |
| 50 days from claim construction ruling | Advice of counsel defense discovery due (P.L.R. 3-7) |
| 120 days from claim construction ruling | Close of fact discovery |
| 150 days from claim construction ruling | Designation of expert witnesses and exchange of initial reports for party with burden of proof |
| 190 days from claim construction ruling | Exchange of rebuttal expert reports |
| 220 days from claim construction ruling | Close of expert discovery |
| 250 days from claim construction ruling | Dispositive motions due |
| *At the Court's convenience* | Pretrial conference |
| *At the Court's convenience* | Trial |

The parties have requested a jury trial for all issues so triable. Grail believes that the trial will require five (5) full court days. REA believes that the trial will require ten (10) full court days.

1   Dated: August 16, 2012                    Respectfully submitted,

2                                             DAVIS WRIGHT TREMAINE LLP
                                              Martin L. Fineman, Bar No. 1104413
3
                                              NIRO, HALLER & NIRO
4                                             Raymond P. Niro
                                              Christopher J. Lee
5                                             Kara L. Szpondowski

6                                             By: */s/ Kara L. Szpondowski*

7                                             ***Attorneys for Plaintiff***
                                              ***Grail Semiconductor, Inc.***
8

9
    Dated: August 16, 2012                    ULMER & BERNE LLP
10                                            Michael D. Switzer
                                              Brian C. Bianco
11                                            Alissa R. Pohlman
                                              Peter G. Hawkins
12
                                              KILPATRICK TOWNSEND & STOCKTON
13                                            LLP
                                              James Isbester, State Bar No. 129820
14                                            Byron Robert Chin, State Bar No. 259846

15                                            By: */s/ Alissa R. Pohlman*

16                                            ***Attorneys for Defendant Renesas Electronics***
                                              ***America Inc.***
17

18                                            *Concurrence in the filing of this document has*
                                              *been obtained from each of the other signatories*
19                                            *pursuant to General Order 45(X)(B).*

20

21   Dated: 8/29/12

22                                            IT IS SO ORDERED AS MODIFIED
                                              Judge Joseph C. Spero
23

24

25   PROPOSED SCHEDULE – GRAIL V. RENESAS, CASE NO. 11-cv-03847 JCS          - 4 -