UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAIL SEMICONDUCTOR, <br><br> Plaintiff, <br><br> v. <br><br> RENESAS ELECTRONICS AMERICA INC., <br><br> Defendant. | No. C-11-03847 JCS <br><br> **ORDER TO FILE UNDER SEAL COURT'S SEPTEMBER 18, 2012 ORDER DENYING RENESAS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION** |

The Court hereby ORDERS that its September 18, 2012 Order Denying Renesas' Motion to Dismiss for Lack of Subject Matter Jurisdiction [Docket No. 104] is under seal. The Court intends to publish the entire opinion in the public record within twenty-one (21) days of the date of this Order. If any party believes that the Court's opinion contains any confidential information entitled to protection, that party shall file with the Court a declaration establishing such entitlement and any proposed redactions not later than seven (7) days from the date of this Order. Objections to proposed redactions, if any, may be filed not later than fourteen (14) days from the date of this Order.

IT IS SO ORDERED.

Dated: September 18, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge