**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GRAIL SEMICONDUCTOR,

    Plaintiff,

    v.

RENESAS ELECTRONICS AMERICA INC.,

    Defendant.
_____/

No. C 11-03847 JCS

**ORDER DENYING PLAINTIFF GRAIL SEMICONDUCTOR'S MOTION TO STAY [Docket No. 109]**

After reviewing the submissions of the parties, the Court DENIES Plaintiff Grail Semiconductor's motion to stay pending final resolution of a related case in state court.

IT IS SO ORDERED.

Dated: October 12, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge