

ATTORNEYS

BRIAN C. BIANCO

direct (312) 658-6530
direct fax (312) 658-6531
bbianco@ulmer.com

January 8, 2013

**VIA OVERNIGHT MAIL AND E-FILE**

The Honorable Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom A, 15th Floor
San Francisco, CA   94102

    Re:   *Grail Semiconductor v. Renesas Electronics America Inc.*
           Case No.:  11-cv-03847 – JCS

**Dear Judge Spero:**

    We are counsel for Renesas Electronics America Inc. ("REA") in the above identified case.  We write in connection with this Court's Order dated December 12, 2012 (Docket No. 128) setting a Case Management Conference to be held January 18, 2013 at 1:30 p.m. PST.

    Pursuant to this Court's Scheduling Notes, we request that counsel for REA be allowed to appear and participate in the Case Management Conference by telephone.  Michael Switzer and Brian Bianco will appear for REA.  Michael Switzer will be available at the following telephone number: 312.658.6524.  Brian Bianco will be available at the following telephone number: 312.658.6530.

                                            Respectfully submitted,

IT IS HEREBY ORDERED that Mr. Switzer and Mr. Bianco shall be on phone standby beginning at 1:30 PM and await the Court's call.
Dated: 1/9/13

ULMER & BERNE LLP

By:   /s/ *Brian C. Bianco*
      One of the Attorneys Representing
      Renesas Electronics America Inc.

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero]*

500 WEST MADISON STREET, SUITE 3600
CHICAGO, ILLINOIS 60661-4587

firm 312.658.6500    fax 312.658.6501    internet www.ulmer.com

CLEVELAND          COLUMBUS          CINCINNATI          CHICAGO