

BRIAN C. BIANCO

direct (312) 658-6530
direct fax (312) 658-6531
bbianco@ulmer.com

March 25, 2013

**VIA OVERNIGHT MAIL AND E-FILE**

The Honorable Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom A, 15th Floor
San Francisco, CA  94102

      Re:    *Andrew Reibman v. Renesas Electronics America Inc.*
                Case No.:  11-cv-03847 – JCS

Dear Judge Spero:

      We are counsel for Renesas Electronics America Inc. ("REA") in the above identified case.  We write in connection with REA's Motion to Modify the Protective Order to Order Non-Party Grail Semiconductor to Return or Destroy REA's Confidential Documents (Docket No. 148).  REA's Motion was filed on February 20, 2013 and requested a hearing date of April 5, 2013 at 9:30 a.m. PST.

      Pursuant to this Court's Scheduling Notes, we request that counsel for REA be allowed to appear and participate in the hearing by telephone.  Brian Bianco will appear for REA.  Brian Bianco will be available at the following telephone number: 312.658.6530.

IT IS HEREBY ORDERED that
Mr. Bianco shall be on phone standby
beginning at 9:30 AM and await the
Court's call.
Dated: 3/27/13

*IT IS SO ORDERED AS MODIFIED*
Judge Joseph C. Spero

Respectfully submitted,

ULMER & BERNE LLP

By:   */s/ Brian C. Bianco*
       One of the Attorneys Representing
       Renesas Electronics America Inc.