

BRIAN C. BIANCO

direct (312) 658-6530
direct fax (312) 658-6531
bbianco@ulmer.com

June 6, 2013

**VIA OVERNIGHT MAIL AND E-FILE**

The Honorable Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom A, 15th Floor
San Francisco, CA  94102

    Re:    *Andrew Reibman v. Renesas Electronics America Inc.*
             Case No.:  11-cv-03847 – JCS

Dear Judge Spero:

    We are counsel for Renesas Electronics America Inc. ("REA") in the above identified case.  We write in connection with this Court's Order dated April 8, 2013 (Docket No. 154) setting a Case Management Conference to be held on June 14, 2013 at 1:30 p.m. PST.

    Pursuant to this Court's Scheduling Notes, we request that counsel for REA be allowed to appear and participate in the Case Management Conference by telephone.  Michael Switzer and Brian Bianco will appear for REA.  Michael Switzer will be available at the following telephone number:  312.658.6524.  Brian Bianco will be available at the following telephone number: 312.658.6530.

IT IS HEREBY ORDERED THAT
Mr. Bianco and Mr. Switzer shall be on phone standby beginning at 1:30 PM. The Court will initiate the phone contact.
Dated:  6/5/13

*IT IS SO ORDERED AS MODIFIED*
Judge Joseph C. Spero

Respectfully submitted,

ULMER & BERNE LLP

By:    */s/ Brian C. Bianco*
        One of the Attorneys Representing
        Renesas Electronics America Inc.

500 WEST MADISON STREET, SUITE 3600
CHICAGO, ILLINOIS 60661-4587

firm 312.658.6500   fax 312.658.6501   internet www.ulmer.com

CLEVELAND    COLUMBUS    CINCINNATI    CHICAGO