

**K&L GATES LLP**
630 HANSEN WAY
PALO ALTO, CA 94304
T 650.798.6700  F 650.798.6701

June 7, 2013

Bryan J. Sinclair
D 650.798.6749
F 650.798.6701
bryan.sinclair@klgates.com

<u>*Via E-Filing and FedEx Delivery*</u>

The Honorable Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom A, 15th Floor
San Francisco, CA 94102

Re:   *Andrew Reibman v. Renesas Electronics America Inc.*
      Case No.: 11-cv-03847-JCS

Dear Judge Spero:

We are counsel for Andrew Reibman in the above identified matter. We write in connection with this Court's Order dated April 8, 2013 (Docket No. 154) setting a Case Management Conference to be held on June 14, 2013 at 1:30 p.m. PST.

Pursuant to this Court's Scheduling Notes, we request that counsel for Andrew Reibman be allowed to appear and participate in the Case Management Conference by telephone. Audrey Lo will appear for Andrew Reibman. Audrey Lo will be available at the following telephone number: (212) 536-4021.

Respectfully submitted,

/s/ *Bryan J. Sinclair*
Bryan J. Sinclair

Attorneys for Plaintiff
Andrew Reibman

IT IS HEREBY ORDERED THAT Ms. Lo shall be on phone standby beginning at 1:30 PM, and await the Court's call.

Dated: 6/7/13

[SEAL: IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero, United States District Court, Northern District of California]

PL-80869 v1

klgates.com