

ulmer | berne | llp
ATTORNEYS

BRIAN C. BIANCO

direct (312) 658-6530
direct fax (312) 658-6531
bbianco@ulmer.com

July 17, 2013

**VIA OVERNIGHT MAIL AND E-FILE**

The Honorable Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom A, 15th Floor
San Francisco, CA 94102

      Re:    *Andrew Reibman v. Renesas Electronics America Inc.*
              Case No.: 11-cv-03847 – JCS

Dear Judge Spero:

      We are counsel for Renesas Electronics America Inc. ("REA") in the above identified case. We write in connection with this Court's Order dated June 17, 2013 (Docket No. 161) setting a Case Management Conference to be held July 26, 2013 at 1:30 p.m. PST.

      Pursuant to this Court's Scheduling Notes, we request that counsel for REA be allowed to appear and participate in the Case Management Conference by telephone. Michael Switzer and Brian Bianco will appear for REA. Michael Switzer will be available at the following telephone number: 312.658.6524. Brian Bianco will be available at the following telephone number: 312.658.6530.

Respectfully submitted,

IT IS HEREBY ORDERED THAT
counsel shall be on phone standby
beginning at 1:30 PM and await the Court's
call.

ULMER & BERNE LLP

By:   */s/ Brian C. Bianco*

Dated: 7/18/13

One of the Attorneys Representing
Renesas Electronics America Inc.

*IT IS SO ORDERED
AS MODIFIED*

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

500 WEST MADISON STREET, SUITE 3600
CHICAGO, ILLINOIS 60661-4587

firm
312.658.6500

fax
312.658.6501

internet
www.ulmer.com

CLEVELAND        COLUMBUS        CINCINNATI        CHICAGO