United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW REIBMAN,<br><br>Plaintiff,<br><br>v.<br><br>RENESAS ELECTRONICS AMERICA INC.,<br><br>Defendant. | Case No.: C-11-03847 JCS<br><br>**ORDER FOR OPPOSITION TO RENESAS ELECTRONICS AMERICA INC.'S MOTION TO JOIN AND/OR SUBSTITUTE PARTIES AND AMEND ITS ANSWER** |

Defendant and counterclaim Plaintiff Renesas Electronics America Inc. seeks to join and/or substitute third party Mishcon de Reya LLP ("Mishcon") as the Plaintiff and counterclaim Defendant in this action. Mishcon shall be given an opportunity to oppose the motion. Any opposition shall be filed no later than September 6, 2013. The hearing currently scheduled for August 30, 2013 is vacated and will be reset by the Court after any opposition is filed.

IT IS SO ORDERED.

Dated: August 23, 2013

_____

JOSEPH C. SPERO
United States Magistrate Judge