Mishcon de Reya
NEW YORK LLP

Our Ref:     50039.3

750 7th Avenue - 26th floor
New York, NY 10019

www.mishconnewyork.com

September 30, 2013

Direct Tel:  212-612-3262
Direct Fax:  212-612-3297
E-mail:      James.McGuire@Mishcon.com

**BY E-MAIL**

Honorable Joseph C. Spero
United States Magistrate Judge
United States Courthouse
Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   Andrew Reibman v. Renesas Electronics America, Inc.
      No. 11-CV-03847 - JCS (N.D. Cal.)

Your Honor:

We write in regard to the September 27, 2013 notice from the Court scheduling a hearing for October 4, 2013 at 1:30 p.m. P.D.T. ("Hearing") upon the motion of Defendant Renesas Electronics America, Inc. to Substitute Party Pursuant to FRCP 19(a) and/or 25(c), Amend Its Answer, and Assert Its Declaratory Judgment Claims Against Mishcon ("Motion").

Pursuant to Your Honor's August 23 and September 23, 2013 Orders, Mishcon made special and limited appearances in this action for the purpose of submitting an Opposition and Surreply to the Motion. See Docket Nos. 175, 181. As the Court is aware, Mishcon is located in New York and would incur substantial expense if its attorneys were required to appear personally in California for the hearing. Mishcon is acting on its own behalf in opposing the Motion and thus wishes to keep costs and expenses to a minimum.

In these premises, we respectfully request permission for my Partner Vincent Filardo, Jr., Esq. and the undersigned to participate in the upcoming October 4, 2013 Hearing by telephone. The undersigned's direct phone number is above, and Mr. Filardo's is 212-612-3265.

Respectfully,

*/s/ James J. McGuire*

James J. McGuire

LegalUS.125309.2
Switchboard: +1 212 612 3270
Main Fax:    +1 212 612 3297

New York:  Mishcon de Reya New York LLP
London:    Mishcon de Reya Solicitors

A list of partners is available for inspection at the above address

cc:   Andrew L. Reibman, Esq.
      Michael D. Switzer, Esq.
      Brian C. Bianco, Esq.
      Alissa R. Pohlman, Esq.
      Peter G. Hawkins, Esq.
      Byron R. Chin, Esq.
      Bryan J. Sinclair, Esq.
      Christy V. LaPierre, Esq.
      Vincent Filardo, Jr., Esq.
      Mark Raskin, Esq.
      (All via e-mail)

IT IS HEREBY ORDERED that Mr. Filardo and Mr. McGuire shall be on phone standby beginning at 1:30PM and await the Court's call.
Dated: 10/1/13



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero