James Isbester (State Bar No. 129820)
Byron R. Chin (State Bar No. 259846)
KILPATRICK TOWNSEND & STOCKTON LLP
1080 Marsh Road
Menlo Park, CA  94025
Telephone:     (650) 326-2400
Facsimile:     (650) 326-2422
Email:  jisbester@kilpatricktownsend.com
Email:  bchin@kilpatricktownsend.com

Michael D. Switzer (*Pro Hac Vice*)
Brian C. Bianco (*Pro Hac Vice*)
Alissa R. Pohlman (*Pro Hac Vice*)
Peter G. Hawkins (*Pro Hac Vice*)
Akerman LLP
71 S. Wacker Dr., 46th Floor
Chicago, IL 60606
Telephone:     (312) 634-5700
Facsimile:     (312) 424-1900
Email:  michael.switzer@akerman.com
Email:  brian.bianco@akerman.com
Email:  alissa.pohlman@akerman.com
Email:  peter.hawkins@akerman.com

*Attorneys for Defendant*
*Renesas Electronics America Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW REIBMAN, | **Case No. 3:11-CV-03847-JCS** |
| Plaintiff, | **Magistrate Judge Joseph C. Spero** |
| v. | **RENESAS ELECTRONICS AMERICA INC.'S STATEMENT OF RECENT DECISION RELEVANT TO REPLY IN SUPPORT OF RENESAS ELECTRONICS AMERICA INC.'S MOTION TO MODIFY THE PROTECTIVE ORDER** |
| RENESAS ELECTRONICS AMERICA INC., | |
| Defendant. | |
| | **Date: May 9, 2014** |
| | **Time: 9:30 a.m.** |
| | **Courtroom: G, 15th Floor, SF** |
| | **Judge Joseph C. Spero** |

Pursuant to Local Rule 7-3(d), Defendant Renesas Electronics America Inc. ("REA") submits the following Statement Of Recent Decision relevant to REA's Reply In Support Of REA's Motion To Modify The Protective Order (Dkt No. 197) ("Reply").

On April 22, 2014 (after REA's Reply was filed), the appellate court in the Mitsubishi Case[1] entered a decision that, *inter alia*, affirmed the lower court's order for a new trial as to damages, and affirmed the denial of Mitsubishi's motion for judgment notwithstanding the verdict (the "Opinion"). (*See* Opinion at 8-12, a true and correct copy is attached hereto as Ex. A.) The Opinion is silent as to when a potential re-trial will occur, or whether discovery will re-open.

The Opinion affects the statement made by REA in its Reply that "[t]he Mitsubishi case is currently on appeal and discovery in that case is closed . . .[t]here is no indication that the Mitsubishi Case will be re-litigated, let alone discovery in that case be re-opened." (Dkt No. 196 at 2; Dkt No. 197 at 3). This statement was made in rebuttal to Grail's claim that REA seeks to funnel discovery to Mitsubishi in the Mitsubishi Case. (*See* Dkt No. 196 at 2.) While the entry of the Opinion indicates that the Mitsubishi Case may no longer be on appeal, for the reasons stated in REA's Reply, this does not affect REA's Motion To Modify The Protective Order. (*See, e.g.,* Dkt No. 197 at 3 (stating "even if discovery resumes in that case [the Mitsubishi Case] . . . Grail possesses the same documents that Grail produced to REA. Mitsubishi—or any other party in that case—could simply request the documents from Grail.")) 

Wherefore, REA respectfully requests that its Motion To Modify The Protective Order be GRANTED.

Dated:  April 23, 2014                    Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

AKERMAN LLP

By:   /s/ Peter G. Hawkins

One of the Attorneys for Defendant
RENESAS ELECTRONICS AMERICA INC.

---

[1] The "Mitsubishi Case" refers to the litigation discussed in REA's Reply. (Dkt No. 197 at 3, fn. 2.)

RENESAS ELECTRONICS AMERICA INC.'S STATEMENT OF RECENT DECISION RELEVANT TO REPLY IN SUPPORT OF RENESAS ELECTRONICS AMERICA INC.'S MOTION TO MODIFY THE PROTECTIVE ORDER -- CASE NO. 3:11-CV-03847-JCS

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2014 the foregoing document was filed electronically with the Clerk of Court to be served by operation of the Court's Electronic Case Filing system upon all counsel of record. Counsel includes:

Bryan J. Sinclair
bryan.sinclair@klgates.com
K&L Gates LLP
630 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 798-6700
Fax: (650) 798-6701

Kathryn Lee Boyd
lboyd@srbr-law.com
Schwarcz, Rimberg, Boyd & Rader, LLP
6310 San Vicente Blvd.
Suite 360
Los Angeles, CA 90048
Telephone: (323) 302-9488
Facsimile: (323) 931-4990

*Interested Party*
*Schwarcz, Rimberg, Boyd & Rader, LLP*

Christy V. LaPierre
Christy.lapierre@klgates.com
K&L Gates LLP
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Fax: (415) 882-8220

*Attorneys for Plaintiff*
*Andrew Reibman*

By:   /s/ Peter G. Hawkins

One of the Attorneys for Defendant
RENESAS ELECTRONICS AMERICA INC.

RENESAS ELECTRONICS AMERICA INC.'S STATEMENT OF RECENT DECISION RELEVANT TO REPLY IN SUPPORT OF RENESAS ELECTRONICS AMERICA INC.'S MOTION TO MODIFY THE PROTECTIVE ORDER -- CASE NO. 3:11-CV-03847-JCS

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2014 the foregoing document was served via U.S. Mail on the following:

Jessica Chen, Esq.
Bird, Marella, Boxer, Wolpert, Nessim, Drooks & Lincenberg, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561

*Counsel for Third Party Khosrow Benyamin*

Jordan Starkman
Oteegee Innovations, Inc.
3651 Lindell Rd.,
Suite #D155,
Las Vegas, NV 89103

Vincent Filardo Jr.
Mishcon de Reya New York LLP
750 7th Avenue - 26th Floor
New York, NY 10019

Robert Stern
5940 Encina Rd., #5
Goleta, CA 93117

Jonathan D. Hicks
Cadence Design Systems, Inc.
2655 Seeley Ave., Bldg. 5
San Jose, CA 95134

Kara Szpondowski
Niro Haller & Niro
181 W. Madison Street
Suite 4600
Chicago, IL 60602

*Counsel for Grail Semiconductor*

Kelly J. Kubasta, Esq.
Klemchuk Kubasta LLP
Campbell Centre II
8150 North Central Expressway, 10th Floor
Dallas, TX 75206

Mark Pettinari, Esq.
PO Box 280462
San Francisco, CA 94128

*Counsel for Third Party Chipworks USA Holdings, Inc.*

*Counsel for Third Party Howison & Arnott, L.L.P.*

Joe Laxague
Crane Clark LLP
3273 E. Warm Springs Road
Las Vegas, Nevada 89120

*Counsel for Third Party Provisto International Holdings/MicroAccel*

By:  /s/ Peter G. Hawkins

One of the Attorneys for Defendant
RENESAS ELECTRONICS AMERICA INC.

RENESAS ELECTRONICS AMERICA INC.'S STATEMENT OF RECENT DECISION RELEVANT TO REPLY IN SUPPORT OF RENESAS ELECTRONICS AMERICA INC.'S MOTION TO MODIFY THE PROTECTIVE ORDER -- CASE NO. 3:11-CV-03847-JCS

4