

Brian C. Bianco

Akerman LLP
71 South Wacker Drive
46th Floor
Chicago, IL  60606
Tel: 312.634.5700
Fax: 312.424.1900

Dir: 312.634.5705
Dir Fax: 312.424.1905
brian.bianco@akerman.com

May 2, 2014

**VIA OVERNIGHT MAIL AND E-FILE**
The Honorable Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom A, 15th Floor
San Francisco, CA 94102

      **Re:**  *Andrew Reibman v. Renesas Electronics America Inc.*
            Case No.: 11-cv-03847 – JCS

Dear Judge Spero:

    We are counsel for Renesas Electronics America Inc. ("REA") in the above identified case. We write in connection with REA's Motion to Modify the Protective Order (Docket No. 195). REA's Motion was filed on March 26, 2014 and requested a hearing date of May 9, 2014 at 9:30 a.m. PST.  Pursuant to this Court's Scheduling Notes, we request that Brian Bianco, counsel for REA, be allowed to appear and participate in the hearing by telephone. Brian Bianco will be available at the following telephone number: 312.634.5705

                                   Respectfully submitted,
                                   AKERMAN LLP

                                   By: /s/ *Brian C. Bianco*
                                   One of the Attorneys Representing
                                   Renesas Electronics America Inc.



Dated: May 6, 2014

akerman.com

{28610191;1}