May 2, 2014

**VIA OVERNIGHT AND E-FILE**
The Honorable Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom A, 15th Floor
San Francisco, CA  94102

      Re:    *Andrew Reibman v. Renesas Electronics America, Inc.*
             Case No.: 11-cv-03847 – JCS

Dear Judge Spero:

      We are counsel for Grail Semiconductor, Inc. ("Grail") in the above identified case.  We write in connection with Renesas Electronics America Inc.'s ("REA") Motion to Modify the Protective Order (Docket No. 195).  REA's Motion was filed on March 26, 2014 and requested a hearing date of May 9, 2014 at 9:30 a.m. PST.  Pursuant to this Court's Scheduling Notes, we request that Kara Szpondowski, counsel for Grail, be allowed to appear and participate in the hearing by telephone.  Kara Szpondowski will be available at the following telephone number: 312-377-3233.

                                      Respectfully submitted,
                                      NIRO, HALLER & NIRO

                                      By: /s/ Kara L. Szpondowski
                                      One of the Attorneys Representing
                                      Grail Semiconductor, Inc.

Dated: May 6, 2014


APPROVED
Judge Joseph C. Spero